IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************************

UNITED STATES OF AMERICA,

        v.        Docket No.:  5:23-CR-00079 (BKS)

AUSTIN TENNANT,

        Defendant.

*****************************************

## SUPPORTING AFFIDAVIT OF PAUL TUCK

I, Paul Tuck, make this affidavit in connection with the United States of America's response to Austin Tennant's motion to suppress:

1. I represent the United States of America in this action.

2. Attached hereto as Exhibit A, is a true and correct copy of CyberTip 87232205.

3. Attached hereto as Exhibit B, is a true and correct copy of CyberTip 88898921.

4. Attached hereto as Exhibit C, is a true and correct copy of CyberTip 92616570.

5. Attached hereto as Exhibit D, is a true and correct copy of CyberTip 116612117.

6. Attached hereto as Exhibit E, is a true and correct copy of CyberTip 123623081.

7. Attached hereto as Exhibit F, is a true and correct copy of CyberTip 123940318.

8. Attached hereto as Exhibit G, is a true and correct copy of CyberTip 124080432.

9. Attached hereto as Exhibit H, is a true and correct copy of CyberTip 126172992.

10. Attached hereto as Exhibit I, is a true and correct copy of CyberTip 136275941.

11. Attached hereto as Exhibit J, is a true and correct copy of CyberTip 136275942.

12. Attached hereto as Exhibit K, is a true and correct copy of CyberTip 138051748.

13. Attached hereto as Exhibit L, is a true and correct copy of CyberTip 139232954.

14. All of the CyberTips referenced above were produced to the defendant in discovery in this action.

15. Attached hereto as Exhibit M, is a declaration from Susan Lafontant, dated August 16, 2023.

16. Attached hereto as Exhibit N, is a declaration from Tyler Harmon, dated August 18, 2023.

17. Attached hereto as Exhibit O, is a declaration from Alexander Brian Barczak, dated August 18, 2023.

18. Some of these documents have been redacted to comply with the Court's privacy policy and the Local Rules.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Date:   August 21, 2023          by:      /s/ Paul J. Tuck
                                          Paul Tuck
                                          Special Assistant United States Attorney
                                          Bar Roll No. 520814

## CERTIFICATE OF SERVICE

I hereby certify that the Affidavit of Paul Tuck, and all exhibits attached threto, was filed via the Court's ECF system on August 21, 2023, and that counsel of record received contemporaneous notification via email of such filing.

By:     /s/ Paul J. Tuck