

# CyberTipline Report 87232205

Priority Level: E
(Report submitted by a registered Electronic Service Provider)

Received by NCMEC on 03-03-2021 02:09:14 UTC

All dates are displayed as MM-DD-YYYY

Except for times provided in Additional Information sections, all time zones are displayed in UTC

## Executive Summary

**The following is a brief overview of information contained in this CyberTipline report:**

**Incident Type:** Apparent Child Pornography
Files Not Reviewed by NCMEC, Hash Match

NCMEC Incident Type is based on NCMEC's review of the information or uploaded files in this report **OR** a "Hash Match" of one or more uploaded files.

**Total Uploaded Files:** 7

The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit 501(c)(3) organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further our mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Program. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement and also uses this information to help identify trends and create child safety and prevention messages. As a clearinghouse, NCMEC also works with Electronic Service Providers, law enforcement and the public in a combined effort to reduce online child sexual abuse images. NCMEC performs its programs of work pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted by reporting parties.



CyberTipline Report 87232205 | i

## Contents

| | |
|---|---|
| **Section A: Reported Information** | **1** |
| Reporting Electronic Service Provider (ESP) | 1 |
| Incident Information | 1 |
| Chat/Instant Messaging | 1 |
| Suspect | 1 |
| Uploaded File Information | 1–2 |
| **Section B: Automated Information Added by NCMEC Systems** | **4** |
| Explanation of Automated Information (in alphabetical order) | 4 |
| Uploaded File Information | 4 |
| Geo-Lookup (Suspect) | 4 |
| **Section C: Additional Information Provided by NCMEC** | **5** |
| NCMEC Note #1 | 5 |
| Uploaded File Information | 5 |
| **Section D: Law Enforcement Contact Information** | **7** |
| New York State Police Department | 7 |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*



CyberTipline Report 87232205 | 1

# Section A: Reported Information

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

## Reporting Electronic Service Provider (ESP)

**Submitter:**
Snapchat
Records Custodian
███████████

**Point of Contact for Law Enforcement:**
https://www.snapchat.com/static_files/lawenforcement.pdf

## Incident Information

**Incident Type:** Child Pornography (possession, manufacture, and distribution)
**Incident Time:** 03-03-2021 02:09:14 UTC

## Chat/Instant Messaging

**Chat Service/IM Client:** Snapchat

## Suspect

**Date of Birth:** ███████
**Screen/User Name:** ███████
**IP Address:** ███████ 01:40:08 UTC

## Uploaded File Information

**Number of uploaded files:** 7

## Uploaded File Information

**Filename:** file.jpg
**MD5:** 648664e9a566ea758cc6204d20fca57a
**Did Reporting ESP view entire contents of uploaded file?** (Information Not Provided by Company)
**Were entire contents of uploaded file publicly available?** Yes

## Uploaded File Information

**Filename:** file.jpg

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*



| | |
|---|---|
| MD5: | 7f0cf18e9148cdc6c518a712ecb9a160 |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |

### Uploaded File Information

| | |
|---|---|
| Filename: | file.jpg |
| MD5: | ee35ef01d0ed5eb237bd308ec61d65dc |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |

### Uploaded File Information

| | |
|---|---|
| Filename: | file.jpg |
| MD5: | ee35ef01d0ed5eb237bd308ec61d65dc |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |

### Uploaded File Information

| | |
|---|---|
| Filename: | file.jpg |
| MD5: | df41995b6f9209178b835841225eaab0 |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |

### Uploaded File Information

| | |
|---|---|
| Filename: | file.jpg |
| MD5: | 6199633963c341502e4e7fa61ff18803 |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |

### Uploaded File Information

| | |
|---|---|
| Filename: | file.jpg |
| MD5: | 31687f5a1b8948d3a481c36e5ecdcadd |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*

# Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.

## Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "Suspect," NCMEC Systems will geographically resolve the IP address via a publicly-available online query. The results of this lookup are displayed.

Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on IP address(es) voluntarily provided by the reporting ESP.

## Uploaded File Information

**File Tag(s):** Automated file categorization is based on NCMEC's review of uploaded files in this report OR a "Hash Match" of one or more uploaded files to visually similar files that were previously viewed and categorized by NCMEC at the time a PDF of this report was generated.

### Files and Categorization

| Filename | MD5 | Categorization |
|---|---|---|
| file.jpg | 648664e9a566ea758cc6204d20fca57a | Apparent Child Pornography |
| file.jpg | 7f0cf18e9148cdc6c518a712ecb9a160 | Apparent Child Pornography |
| file.jpg | ee35ef01d0ed5eb237bd308ec61d65dc | CP (Unconfirmed) |
| file.jpg | ee35ef01d0ed5eb237bd308ec61d65dc | CP (Unconfirmed) |
| file.jpg | df41995b6f9209178b835841225eaab0 | Child Unclothed |
| file.jpg | 6199633963c341502e4e7fa61ff18803 | Child Unclothed |
| file.jpg | 31687f5a1b8948d3a481c36e5ecdcadd | Child Clothed |

## Geo-Lookup (Suspect)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| [redacted] | US | NY | Syracuse | Syracuse | 13212 | | [redacted] | Spectrum/ Spectrum |

This concludes Section B

# Section C: Additional Information Provided by NCMEC

Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

| | |
|---|---|
| **NCMEC Priority Level:** | E (Report submitted by a registered Electronic Service Provider) |
| **NCMEC Classification*:** | Apparent Child Pornography<br>Files Not Reviewed by NCMEC, Hash Match |
| **International Country:** | United States |
| **NCMEC Date Processed:** | 03-22-2021 15:17:33 UTC |
| **Made Available to Law Enforcement by NCMEC:** | Yes |

*NCMEC Classification is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

## NCMEC Note #1

ECD-JPR 03-22-2021 14:00:19 UTC

There were no prior CT/TA results for the reported email address or IP address. For additional searches, please contact ecuassistance@ncmec.org.

## Uploaded File Information

**Files Not Viewed by NCMEC:**

NCMEC staff have not viewed the following uploaded files and have no information concerning the content of the uploaded files other than information voluntarily provided in the report by the reporting ESP or noted in Section B of the report.

### Files Not Viewed by NCMEC:

| Filename | MD5 |
|---|---|
| file.jpg | 648664e9a566ea758cc6204d20fca57a |
| file.jpg | 7f0cf18e9148cdc6c518a712ecb9a160 |
| file.jpg | ee35ef01d0ed5eb237bd308ec61d65dc |
| file.jpg | ee35ef01d0ed5eb237bd308ec61d65dc |
| file.jpg | df41995b6f9209178b835841225eaab0 |
| file.jpg | 6199633963c341502e4e7fa61ff18803 |
| file.jpg | 31687f5a1b8948d3a481c36e5ecdcadd |

### This concludes Section C



If you need further information regarding the contents of this Report, please contact the CyberTipline at ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.

For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 87232205 | 7

# Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.

**New York State Police Department**

Investigator:



Time/Date was made available: 03-22-2021 15:17:33 UTC

This concludes Section D

This concludes CyberTipline Report 87232205

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*