## DECLARATION OF TYLER HARMON

I, Tyler Harmon, declare as follows:

1. I am employed by Meta, Inc. ("Meta"), headquartered in Menlo Park, California, as a Custodian of Records and a Team Analyst on our Law Enforcement Response Team. The information in this declaration is based on my personal knowledge and information I have access to in the normal course of my job and responsibilities.

2. Meta has a private, independent business interest in keeping its platform safe and free from harmful content and conduct, including that which sexually exploits children. Meta's Community Standards provide, in part, that "We do not allow content that sexually exploits or endangers children. When we become aware of apparent child exploitation, we report it to the National Center for Missing and Exploited Children ("NCMEC"), in compliance with applicable law." As of the date of this declaration, Meta's Community Standards regarding Child Sexual Exploitation, Abuse and Nudity are located online here: https://transparency.fb.com/policies/community-standards/child-sexual-exploitation-abuse-nudity/. Available at that same link (and also attached as Exhibit A) is the version that was in place on January 25, 2022.

3. Meta identifies content that might violate its Community Standards in various ways. One way is by using proprietary hash technology to find exact or near exact copies of images or videos that a Meta employee or contractor previously viewed and confirmed as apparent child pornography as provided in 18 U.S.C. § 2256. A hash is a unique string of letters and numbers that reflects the content of an image or video file. It can then be used to identify exact copies or, nearly exact copies, of the image or video by comparing the hash value of an image or video that a Meta employee or contractor previously viewed and labeled with the hash value of other image or video files. Before Meta creates a hash

for an image or video, at least one Meta employee or contractor who is a member of its content review team must view and verify that the image or video is apparent, reportable child pornography as provided in 18 U.S.C. § 2256.

4. When Meta submits a CyberTipline Report as required by law, it may also provide an industry classification label for the images or videos labeling them as to whether the offending content or conduct includes a prepubescent minor (which has a content label of the letter "A") and whether the image involves an overt sex act (which has a content label of the number "1"). This classification label is applied at the time the employee or contractor of Meta reviews the content. Under this classification system, an image or video that Meta labels as "A1" involves a prepubescent minor involved in a sex act.

5. Regarding CyberTipline Report #11612117 Meta has confirmed that the initially identified video (labeled as B1) in that report was an exact match to a hash added to Meta's hash repository prior to February 6, 2020.

6. Regarding CyberTipline Report #12408043 Meta has confirmed that the initially identified video (labeled as A1) in that report was an exact match to a hash added to Meta's hash repository prior to June 6, 2017.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on 8/18/23

_____
Tyler Harmon

# EXHIBIT A



Language

Home → Policies → Facebook Community Standards

# Child Sexual Exploitation, Abuse and Nudity

## Policy details

Change log

## Policy Rationale

We do not allow content or activity that sexually exploits or endangers children. When we become aware of apparent child exploitation, we report it to the National Center for Missing and Exploited Children (NCMEC), in compliance with applicable law. We know that sometimes people share nude images of their own children with good intentions; however, we generally remove these

Transparency Center

We also work with external experts, including the Facebook Safety Advisory Board, to discuss and improve our policies and enforcement around online safety issues, especially with regard to children. Learn more about the technology we're using to fight against child exploitation.



## Do not post:

Read more

## ∧ User experiences

See some examples of what enforcement looks like for people on Facebook, such as: what it looks like to report something you don't think should be on Facebook, to be told you've violated our Community Standards and to see a warning screen over certain content.

**Note:** We're always improving, so what you see here may be slightly outdated compared to what we currently use.

**USER EXPERIENCE**
**Reporting**



**USER EXPERIENCE**
**Post-report communication**



USER EXPERIENCE
**Takedown experience**



USER EXPERIENCE
**Warning screens**



## ⌃ Data

### ⌃ Prevalence

Percentage of times people saw violating content

PREVALENCE
**How prevalent were child endangerment violations?**

We cannot estimate prevalence for child endangerment right now. We will continue to expand prevalence measurement to more areas as we confirm accuracy and meaningful data.

## ⌃ Content actioned

Number of pieces of violating content we took action on

CONTENT ACTIONED

# How much child endangerment content did we take action on?



▬ Child Nudity and Sexual Exploitation        ● Child Nudity and Physical Abuse

▲ Child Sexual Exploitation

How we calculate it ⓘ Read about this data

## ∧ Proactive rate

Percentage of violating content we found before people reported it

**PROACTIVE RATE**

# Of the violating content we actioned for child endangerment, how much did we find and action before people reported it?

Child Nudity and Physical Abuse ⌄

▣ Found and actioned by us    ◆ Reported by users

How we calculate it ⓘ Read about this data

## ∧ Appealed content

Number of pieces of content people appealed after we took action on it

APPEALED CONTENT

# How much of the content we actioned for child endangerment did people appeal?



▬ Child Nudity and Sexual Exploitation   ● Child Nudity and Physical Abuse

▲ Child Sexual Exploitation

How we calculate it   ⓘ Read about this data

⋀ **Restored content**

Number of pieces of content we restored after we originally took action on it

RESTORED CONTENT

# How much actioned content for child endangerment was later restored?

Child Nudity and Physical Abuse



▪ Restored without appeal    ♦ Restored after appeal    — Total

**How we calculate it**  ⓘ **Read about this data**

**Enforcement**

We have the same policies around the world, for everyone on Facebook.

**Review teams**

Our global team of over 15,000 reviewers work every day to keep people on Facebook safe.

**Stakeholder engagement**

Outside experts, academics, NGOs and policymakers help inform the Facebook Community Standards.

⌃  **Get help with child sexual exploitation, abuse and nudity**

Learn what you can do if you see something on Facebook that goes against our Community Standards.

Visit our Help Center



**NEXT**

Adult Sexual Exploitation

**PREVIOUS**

Suicide and Self Injury



POLICIES
ENFORCEMENT
SECURITY
FEATURES
OVERSIGHT
DATA

Data Policy    Terms of Service    Cookies